FILED by TB D.C.

Dec 1, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**16-20907-CR-COOKE/TORRES**
CASE NO: _____

18 U.S.C. § 554(a)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(5)(B)

UNITED STATES OF AMERICA

vs.

SAMUEL BAPTISTE,
   a/k/a "Abdul Jalil," and
JOSE NOEL,
   a/k/a "Abdul Jabar,"

                    Defendants.
_____/

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

### The Defendants

1.    **SAMUEL BAPTISTE, a/k/a "Abdul Jalil,"** was a citizen of the United States and a resident of South Florida who had been convicted of a felony offense.

2.    **JOSE NOEL, a/k/a "Abdul Jabar,"** was a citizen and resident of Haiti who had entered the United States on a B1/B2 Non-immigrant Visitor for Business and/or Pleasure Visa.

## COUNT 1

Paragraphs 1 and 2 of the General Allegations are restated and re-alleged as if fully set forth herein.

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**SAMUEL BAPTISTE,**
a/k/a "Abdul Jalil," and
**JOSE NOEL,**
a/k/a "Abdul Jabar,"

did fraudulently and knowingly attempt to export and send from the United States to Haiti, merchandise, articles, and objects, that is, firearms, contrary to the laws and regulations of the United States, that is, Title 18, United States Code, Section 922(g); all in violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT 2

Paragraph 1 of the General Allegations is restated and re-alleged as if fully set forth herein.

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Abdul Jalil,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms are:

(a) one Rock River Arms LAR-15 semi-automatic assault rifle bearing serial number 89270 and;

(b) one Rock River Arms LAR-15 semi-automatic assault rifle bearing serial number 157000.

## COUNT 3

Paragraph 2 of the General Allegations is restated and re-alleged as if fully set forth herein.

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE NOEL,**
**a/k/a "Abdul Jabar,"**

being a person admitted to the United States under a non-immigrant visa, as that term is defined in Section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. § 1101(a)(26)), did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

It is further alleged that the firearms are:

(c) one Rock River Arms LAR-15 semi-automatic assault rifle bearing serial number 89270 and;

(d) one Rock River Arms LAR-15 semi-automatic assault rifle bearing serial number 157000.

## COUNT 4

Paragraph 1 of the General Allegations is restated and re-alleged as if fully set forth herein.

On or about October 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
**a/k/a "Abdul Jalil,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition are:

(a) a 9mm Sig Sauer 320 handgun, bearing serial number 58A070264;

(b) a 9mm Beretta M9 handgun, bearing serial number M9-183745;

(c) a 9mm Sig Sauer P226 handgun, bearing serial number 47A169579;

(d) a Smith and Wesson M&P Sport, bearing serial number SX01461;

(e) Two boxes of .223 caliber ammunition; and

(f) Two boxes of 9mm ammunition.

## COUNT 5

Paragraph 2 of the General Allegations is restated and re-alleged as if fully set forth herein.

On or about October 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE NOEL,**
**a/k/a "Abdul Jabar,"**

being a person admitted to the United States under a non-immigrant visa, as that term is defined in Section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. § 1101(a)(26)), did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

It is further alleged that the firearms and ammunition are:

(a) a 9mm Sig Sauer 320 handgun, bearing serial number 58A070264;

(b) a 9mm Beretta M9 handgun, bearing serial number M9-183745;

(c) a 9mm Sig Sauer P226 handgun, bearing serial number 47A169579;

(d) a Smith and Wesson M&P Sport, bearing serial number SX01461;

(e) Two boxes of .223 caliber ammunition; and

(f) Two boxes of 9mm ammunition.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

vs.

SAMUEL BAPTISTE, a/k/a "Abdul Jalil,"      **CERTIFICATE OF TRIAL ATTORNEY**
and
JOSE NOEL, a/k/a "Abdul Jabar,"

           **Defendants.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)     New Defendant(s)     Yes ____ No ____
                                     Number of New Defendants ____
__X__ Miami  ____ Key West           Total number of counts ____
____ FTL    ____ WPB    ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Creole

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0  to  5 days    __X__         Petty     ____
   II   6  to 10 days    ____          Minor     ____
   III  11 to 20 days    ____          Misdem.   ____
   IV   21 to 60 days    ____          Felony    __x__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: ____    Case No. ____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes:
   Magistrate Case No.    16-MJ-03532-WCT
   Related Miscellaneous numbers: ____
   Defendant(s) in federal custody as of   11/10/2016
   Defendant(s) in state custody as of  ____
   Rule 20 from the ____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __x__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __x__ No

                                                          _/s/ Marc Anton_
                                                          MARC S. ANTON
                                                          ASSISTANT UNITED STATES ATTORNEY
                                                          Florida Bar No. 148369

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Samuel Baptiste, a/k/a "Abdul Jalil"

**Case No**: _____

Count #: 1

Attempt to Export Firearms

Title 18, United States Code, Section 554(a)

*__Max. Penalty:__ 10 years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

Counts #: 2 and 4

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

* __Max. Penalty__: 10 years' Imprisonment; $250,000 Fine; 3 years' Supervised Release,

Count #:

_____

_____

*__Max. Penalty:__

Count #:

_____

_____

*__Max. Penalty:__

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Jose Noel, a/k/a "Abdul Jabar"

**Case No**: _____

Count #: 1

Attempt to Export Firearms

Title 18, United States Code, Section 554(a)

*****Max. Penalty:** 10 years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

Counts #: 3 and 5

Alien in Possession of a Firearm

Title 18, United States Code, Section 922(g)(5)(B)

\* **Max. Penalty**: 10 years' Imprisonment; $250,000 Fine; 3 years' Supervised Release

Count #:

*****Max. Penalty:**

Count #:

*****Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.