UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20907-CR-COOKE

UNITED STATES OF AMERICA

v.

SAMUEL BAPTISTE,
    a/k/a "Abdul Jalil," and
JOSE NOEL,
    a/k/a "Abdul Jabar,"

                Defendants.
_____/

# GOVERNMENT'S CONTINUING AND SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

Pursuant to the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial, the United States is hereby providing the following supplemental discovery materials:

**Additional discovery for SAMUEL BAPTISTE:**

**Cell Phone Extraction Report Disk – Baptiste**
**11/5/2016 CHS Video Disk**
**11/5/2016 Platform Surveillance Disk**
**11/5/2016 Container Video Disk**
**Subpoena Returns – Baptiste Disk**
**Baptiste Prison Docs – FDC Miami Disk**
**10/23/2016 Redacted Video Disk**
**Facebook Search Warrant Returns Disk – Baptiste**
**Baptiste Prison Calls (5/2014-4/2015) Disk**
**Baptiste/Noel Jail Calls/Email/Data (11/9/16-11/22/16) Disk**
**Baptiste/Noel Jail Calls/Email/Data (11/23/16-1/10/17) Disk**
**Baptiste/Noel Jail Calls/Email/Data (1/11/17-1/26/17) Disk**

**Additional discovery for JOSE NOEL:**

**Cell Phone Extraction Report Disk- Noel**
**11/5/2016 CHS Video Disk**
**11/5/2016 Platform Surveillance Disk**
**11/5/2016 Container Video Disk**
**Subpoena Returns – Noel Disk**
**10/23/2016 Redacted Video Disk**
**Facebook Search Warrant Returns Disk – Baptiste**
**Baptiste/Noel Jail Calls/Email/Data (11/9/16-11/22/16) Disk**
**Baptiste/Noel Jail Calls/Email/Data (11/23/16-1/10/17) Disk**
**Baptiste/Noel Jail Calls/Email/Data (1/11/17-1/26/17) Disk**

        Respectfully submitted,

        **BENJAMIN G. GREENBERG**
        ACTING UNITED STATES ATTORNEY

By: /s/ Marc S. Anton
    MARC S. ANTON
    Assistant U.S. Attorney
    Florida Bar No. 0148369
    99 N.E. 4th Street, Suite 815
    Miami, Florida 33132
    Tel: (305) 961-9287
    Fax: (305) 536-4675
    Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and provided copies of all attachments to Joaquin E. Padilla, Esq., Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, FL  33130 and to Manuel L. Casabielle, 2525 Ponce De Leon Blvd., Suite 300, Coral Gables, Florida 33134.

    /s/ Marc S. Anton
    Assistant U.S. Attorney