UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20907-CR-COOKE

UNITED STATES OF AMERICA

vs.

SAMUEL BAPTISTE,
    a/k/a "Abdul Jalil"

            Defendant.
_____/

## FACTUAL PROFFER

Had the United States proceeded to trial, the government would have proven beyond a reasonable doubt that on or about October 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant, **SAMEUL BAPTISTE, a/k/a "Abdul Jalil,"** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1). It is further alleged that the firearms and ammunition are:

   (a) a 9mm Sig Sauer 320 handgun, bearing serial number 58A070264;

   (b) a 9mm Beretta M9 handgun, bearing serial number M9-183745;

   (c) a 9mm Sig Sauer P226 handgun, bearing serial number 47A169579;

   (d) a Smith and Wesson M&P Sport, bearing serial number SX01461;

   (e) Two boxes of .223 caliber ammunition; and

   (f) Two boxes of 9mm ammunition.

Specifically, on October 23, 2016, BAPTISTE entered the Florida Gun Center located at 1770 West 38th Place, Hialeah, Florida 33012. Once inside, BAPTISTE was captured on video surveillance by the Florida Gun Center as well as by members of the FBI, renting, possessing, and thereafter shooting multiple firearms inside the facility.

Later that day, an employee of the Florida Gun Center provided the FBI with the original liability forms signed by BAPTISTE as well as a copy the identification that BAPTISTE presented to employees. This liability form indicated the use of two boxes of 9mm ammunition and two boxes of .223 ammunition as well as the rental of "1 Sig 320", "1 M9", "1 Sig 229", and "1 AR15". Moreover, agents received a purchase receipt obtained from the Florida Gun Center bearing customer name SAMUEL BAPTISTE, home phone 305-793-2397, which displayed in part the rental of one Sig Sauer P320, one Sig Sauer P226, one Beretta M9, and one Smith and Wesson M&P Sport, as well as ammunition and targets. The Florida Gun Center thereafter voluntarily turned over the weapons utilized by BAPTISTE, which were formally identified by the FBI as follows:

       1 Sig Sauer 320 9mm with serial number 58A070264
       1 Beretta 9mm M9 with serial number M9-183745
       1 Sig Sauer P226 9mm with serial number 47A169579
       1 Smith & Wesson Sport M&P Sport with serial number SX01461

Records confirm that on December 16, 2011, BAPTISTE was convicted of one count of Strongarm Robbery, in violation of Florida Statue 812.13(2)(C), under Miami-Dade County case number F10-036345, and was sentenced to 2 years imprisonment as a habitual felony offender.

Additionally, Bureau of Alcohol, Tobacco and Firearms agents ("ATF") advised the FBI that none of weapons identified above were manufactured in the State of Florida and that all four

2

firearms described above had thus traveled in interstate commerce prior to being in the State of Florida.

Finally, the parties agree that two additional firearms, each Rock River Arms LAR-15 semi-automatic assault rifles, bearing serial numbers 89270 and 157000, were possessed by BAPTISTE on November 5, 2016, and moreover, was aware that these weapons would be transported out of the United States and into Haiti at co-defendant JOSE NOEL's request.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 3/29/17    By: _____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

Date: 3/29/17    By: _____
JOAQUIN PADILLA, ESQ.
ATTORNEY FOR DEFENDANT

Date: 3/24/17    By: _____
SAMUEL BAPTISTE
DEFENDANT

3